IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| FIRST TENNESSEE BANK NATIONAL ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 2:10-cv-02513-cgc |
| REPUBLIC MORTGAGE INSURANCE COMPANY and REPUBLIC MORTGAGE INSURANCE COMPANY OF NORTH CAROLINA, | ) ) ) ) ) | |
| Defendants. | | |

**NOTICE OF APPEARANCE**

Jacob A. Dickerson of the Law Firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., hereby enters his appearance as additional counsel for Plaintiff First Tennessee Bank National Association and sets forth his complete contact information below:

   Jacob A. Dickerson
   Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
   165 Madison Avenue, Suite 2000
   Memphis, Tennessee 38103
   Telephone: (901) 577-8236
   Facsimile (901) 577-0805
   E-mail: jdickerson@bakerdonelson.com

1

        Respectfully submitted,

        s/ Jacob A. Dickerson
        Jacob A. Dickerson (BPR # 026269)
        BAKER, DONELSON, BEARMAN,
        CALDWELL & BERKOWITZ, P.C.
        165 Madison Ave., Suite 2000
        Memphis, TN  38103
        Telephone: (901) 577-8236
        Facsimile (901) 577-0805
        jdickerson@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was served upon counsel of record in this matter by this Court's electronic filing system on this 7th day of September, 2010.

        s/ Jacob A. Dickerson

M JAD1 2125919 v1
2100000-B10050 09/07/2010